MARY FISKE PAGET, Appellant, *v.* SARAH THERESA PEASE et al., Impleaded, etc., Respondents.

(Argued November 25, 1889; decided December 10, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made July 9, 1889, which affirmed an order of Special Term, granting a motion to declare void the service of a summons upon defendants by publication.

*D. C. Calvin* for appellant.

*John S. Melcher* for respondents.

Agree to dismiss; no opinion.
All concur.
Appeal dismissed.